IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

DAVID LARRY JONES,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 514, Motion to Continue Sentencing Hearing of David Larry Jones, filed by the United States. A teleconference was held on August 2, 2005. As stated during the hearing, the motion to continue is granted and the sentencing is reset for Thursday, November 10, 2005 at 10:00 a.m.

**DONE AND ORDERED** this  *3rd*  day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge