IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

DAVID LARRY JONES,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 596, Motion to Continue Sentencing Hearing, filed by the government as to David Larry Jones. The defendant does not object. The motion is granted and the sentencing is hereby reset for Thursday, April 27, 2006, at 10:30 a.m.

**DONE AND ORDERED** this  _22nd_  day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge