IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

DAVID LARRY JONES,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 639, Motion to Continue Sentencing Hearing of David Jones, filed by the government. The defendant does not object. The motion is granted, and sentencing is hereby reset for Friday, June 23, 2006 at 10:30 a.m.

**DONE AND ORDERED** this  *24th*  day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge