IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                     CASE NO. 1:04-cr-00006-MP-AK

DAVID LARRY JONES,

      Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 682, Motion to Continue Sentencing Hearing of David Larry Jones, filed by the United States. A teleconference was held on August 18, 2006. As stated during the teleconference, the motion is granted, and the Sentencing reset for Thursday, October 19, 2006, at 2:00 p.m.

      **DONE AND ORDERED** this  *22nd*   day of August, 2006

                                          *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge