IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:04-cr-00006-MP-AK

DAVID LARRY JONES,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 797, Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and the amendments to the sentencing guidelines for crack cocaine offenses. Defendant was sentenced on October 24, 2006, to 180 months, which represented a downward departure from his mandatory life and high guidelines range (262-327). Doc. 697. The Court did so based on a motion under U.S.S.G. § 5K1.1, Doc. 694. Additionally, Mr. Jones was classified as a Career Offender, so regardless of the crack cocaine amendments, his base offense level stays at 37, making his total offense level remain at 34. Because the defendant was found to be an Career Offender, the Amendment to the Guidelines did not lower the Guidelines range applicable to him. Because the amendment does not lower the guideline range applicable to this defendant, § 1B1.10(a)(1) does not permit the Court to reduce the original sentence. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

The motion for sentence reduction, Doc. 797, is denied.

    **DONE AND ORDERED** this _17th_ day of July, 2009

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge