IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 1:04-cr-00006-MP-AK

DAVID LARRY JONES,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 802, Motion for Reduction of Sentence by Retroactive Application of the Amendments to the Sentencing Guidelines to Crack Cocaine Offense under 18 U.S.C. § 3582 by David Larry Jones. The motion appears to be simply a restatement of the motion at Doc. 797, which was previously denied by an order at Doc. 799, dated 12 days before the filing of the instant motion. The motion is therefore denied.

    **DONE AND ORDERED** this *18th* day of August, 2009

                                   *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge