IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 1:04-cr-00006-MP -AK

DAVID LARRY JONES,

    Defendant.

_____/

**O R D E R**

      This matter is before the Court on Doc. 831, Motion for Correction of Clerical Error and Clarification of Sentence, filed by defendant David Larry Jones. In the motion, defendant moves the Court to modify the judgment in his case to state that it was the Court's intention that his federal sentence be concurrent with any subsequently imposed state sentence. He requests this so that he can later ask the Federal Bureau of Prisons to designate the state facility as the place of imprisonment for his federal sentence, nunc pro tunc to the date the federal sentence was imposed. See 18 U.S.C. § 3261(b); Barden v. Keohane, 921 F.2d 476 (3d Cir. 1990). However, because the crimes for which Defendant was sentenced in state court are serious and separate offenses from the federal crime, the undersigned objects to the sentences running concurrently and intends that the federal sentence run consecutively to the state sentences. The motion at Doc. 831 is denied.

      **DONE AND ORDERED** this _10th_ day of May, 2011

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge