# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 15, 2011

Jessica Lyublanovits
United States District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 11-11778-E
Case Style: In re: David Jones
District Court Docket No: 1:04-cr-00006-MP-AK-4

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, E
Phone #: (404) 335-6188

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol



IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 11-11778-E

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 15 2011

JOHN LEY
CLERK
```

In re: DAVID LARRY JONES,

        Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the
Northern District of Florida

ENTRY OF DISMISSAL: Pursuant to the appellant's motion for voluntary dismissal (joint stipulation of the parties), FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective June 15, 2011.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Denise E. O'Guin, E, Deputy Clerk

FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY: [signature] Denise E. O'Guin
DEPUTY CLERK
ATLANTA, GEORGIA